UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH LOWENDERN on behalf of himself and all other similarly situated consumers,

                Plaintiff,

-against-

CONVERGENT OUTSOURCING, INC.

                Defendant.

Civil Action No.
1:18-cv-1885-LDH-CLP

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel as follows that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety against defendant Convergent Outsourcing, Inc., with prejudice, and without costs to any party.

Dated: Woodmere, New York
        November 8, 2018

STRADLEY, RONON, STEVENS & YOUNG, LLP

By: _/s/ Matthew B. Johnson_
Matthew B. Johnson
Attorney at Law
100 Park Avenue, Suite 2000
New York, NY 10017
Ph: 212.404.0626

SO ORDERED:

s/ LDH
_____ 11/13/18
U.S.D.J.

Adam J. Fishbein, P.C.

By: _/s/ Adam J. Fishbein_
Adam J. Fishbein, P.C.
Attorney for Plaintiff
*Joseph Lowendern*
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 16 2018 ★

BROOKLYN OFFICE

1